JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Afsana Faruqui | Case No.  CV 16-04766-AB (PLAx) |
|        Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Capital One, National Association | |
|        Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **__60__ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 20, 2016    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.